## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

LARKIN M. SULLIVAN,

    Plaintiff,

v.                                                                              Case No: 5:24-cv-355-JSM-PRL

UNITED HEALTHCARE INSURANCE COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2024.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record